# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2298
_____

Nikolas Weeks

*Plaintiff - Appellant*

v.

City of Lake Norden; Jimmy Murphy, Former Lake Norden Police Chief

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of South Dakota - Northern
_____

Submitted: July 15, 2025
Filed: July 18, 2025
[Unpublished]
_____

Before LOKEN, GRUENDER, and BENTON, Circuit Judges.
_____

PER CURIAM.

Nikolas Weeks appeals the district court's[1] adverse grant of summary judgment, following remand, in his pro se 42 U.S.C. § 1983 action. After careful

_____

[1]The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.

review of the record and the arguments properly before us, we conclude that summary judgment was appropriate. *See Jackson v. Stair*, 944 F.3d 704, 709 (8th Cir. 2019) (standard of review). As to Weeks's claim against the City of Lake Norden based on the city attorney's allegedly malicious prosecution of a traffic violation, we conclude that Weeks failed to come forward with evidence supporting a municipal-liability claim. *See Stockley v. Joyce*, 963 F.3d 809, 823-24 (8th Cir. 2020); *see also Bd. of Cnty. Comm'rs of Bryan Cnty., Okl. v. Brown*, 520 U.S. 397, 405 (1997). As to the remainder of Weeks's claims, we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____